IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE: Rodriguez, Lourdes

Printed: 03/10/09

Case Number: 08 B 20897
Judge: Hollis, Pamela S
Filed: 8/10/08

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:    Dismissed: January 26, 2009
Confirmed: October 20, 2008

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---:|---:|
|  | 3,225.00 |  |
| Secured: |  | 2,332.43 |
| Unsecured: |  | 0.00 |
| Priority: |  | 0.00 |
| Administrative: |  | 680.33 |
| Trustee Fee: |  | 212.24 |
| Other Funds: |  | 0.00 |
| Totals: | 3,225.00 | 3,225.00 |

## DISBURSEMENT DETAIL

| # | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---:|---:|
| 1. | Dennis G Knipp | Administrative | 2,000.00 | 680.33 |
| 2. | Bank Of New York | Secured | 0.00 | 0.00 |
| 3. | GMAC Auto Financing | Secured | 18,612.79 | 1,574.40 |
| 4. | Oaks Improvement Assoc | Secured | 852.91 | 90.39 |
| 5. | ACC Consumer Finance | Secured | 8,391.98 | 667.64 |
| 6. | Bank Of New York | Secured | 16,904.02 | 0.00 |
| 7. | Spirit Of America Nat'l Ban | Unsecured | 26.00 | 0.00 |
| 8. | RoundUp Funding LLC | Unsecured | 67.95 | 0.00 |
| 9. | Alexian Brothers Health System | Unsecured | 740.86 | 0.00 |
| 10. | ACC Consumer Finance | Unsecured | 80.69 | 0.00 |
| 11. | Fiat Financial Money Center | Unsecured | 160.75 | 0.00 |
| 12. | Commonwealth Edison | Unsecured | 41.18 | 0.00 |
| 13. | RoundUp Funding LLC | Unsecured | 48.76 | 0.00 |
| 14. | Resurgent Capital Services | Unsecured | 56.48 | 0.00 |
| 15. | ECast Settlement Corp | Unsecured | 100.07 | 0.00 |
| 16. | GMAC Auto Financing | Unsecured | 10.79 | 0.00 |
| 17. | Bonaventure Medical | Unsecured |  | No Claim Filed |
| 18. | Comcast | Unsecured |  | No Claim Filed |
| 19. | AT&T | Unsecured |  | No Claim Filed |
| 20. | Midwest Emergency | Unsecured |  | No Claim Filed |
| 21. | Joseph O'Donnell DDS | Unsecured |  | No Claim Filed |
| 22. | Nicor Gas | Unsecured |  | No Claim Filed |
| 23. | Northwest Radiology Assoc S | Unsecured |  | No Claim Filed |
| 24. | Radiological Consultants | Unsecured |  | No Claim Filed |
| 25. | Women's Workout World | Unsecured |  | No Claim Filed |
| 26. | TCF Bank | Unsecured |  | No Claim Filed |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:  Rodriguez, Lourdes

Printed: 03/10/09

Case Number:  08 B 20897
Judge:  Hollis, Pamela S
Filed:  8/10/08

## DISBURSEMENT DETAIL

| Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|
| 27. Northwest Radiology Assoc S | Unsecured | | No Claim Filed |
| 28. Wow Internet | Unsecured | | No Claim Filed |
| | | $ 48,095.23 | $ 3,012.76 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 6.5% | 38.96 |
| 6.6% | 173.28 |
| | $ 212.24 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

*[signature]*